IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| BOBBY E. BURTON, JR., #836846 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv315 |
| SGT. SWEAT | § | |

## ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the complaint is **DISMISSED** with prejudice for purposes of *in forma pauperis* proceedings pursuant to 28 U.S.C. § 1915(g). Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. #7) is **DENIED**. Plaintiff may resume the lawsuit if he pays the entire filing fee of $400 within thirty days from the entry of this order. All motions not previously ruled on are **DENIED**.

**SIGNED** this the **15** day of **August, 2018.**

_____
Thad Heartfield
United States District Judge